No. 19-2706

# In The United States Court Of Appeals For The Third Circuit

**DR. ORIEN L. TULP,**

*Plaintiff - Appellant*,

v.

**EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES et al.,**

*Defendants - Appellees*.

On Appeal from the Order and Judgment Entered by the United States District Court for the Eastern District of Pennsylvania, No. 2:18-cv-05540-WB

**MOTION OF APPELLEES EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES AND DR. WILLIAM PINSKY FOR LEAVE TO FILE A SUPPLEMENTAL APPENDIX**

Elisa P. McEnroe
Matthew D. Klayman
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
T. 215.963.5917
F. 215.963.5001

*Attorneys for Appellees Educational Commission for Foreign Medical Graduates and Dr. William Pinsky*

## REQUESTED RELIEF

Pursuant to Federal Rules of Appellate Procedure 27 and 30, Appellees Educational Commission for Foreign Medical Graduates ("ECFMG") and Dr. William Pinsky respectfully request leave to file a supplemental appendix. Although Appellant Dr. Orien L. Tulp filed an appendix with his opening brief, Appellant failed to consult with Appellees to determine the contents of the appendix or to serve Appellees with a designation of the parts of the record it intended to include in the appendix, as required by Fed. R. App. P. 30(b)(1). Appellant's appendix failed to include the entire record that the District Court considered when making its summary judgment determination. That record may assist this Court in ruling on Appellant's appeal, and Appellees intend to cite to and reference that record in their brief. Therefore, Appellees respectfully request leave to file a supplemental appendix.

## GROUNDS FOR MOTION

ECFMG and Dr. Pinsky respectfully submit that good cause exists for the Court to grant leave to file a supplemental appendix. Appellant filed his incomplete appendix, along with his opening brief, on November 27, 2019. ECFMG and Dr. Pinsky will file their brief concurrently with this motion for leave to file a supplemental appendix.

Appellant's appendix omitted substantial portions of the summary judgment record that was before the District Court, including most notably the Joint Appendix

to the Motion for Summary Judgment (ECF No. 31-4) (the "Joint Appendix"). Documents that the District Court considered in connection with summary judgment (such as the Joint Appendix) should have been included in the appendix on appeal. In addition, Appellees intend to reference the Joint Appendix because it is relevant to the arguments in Appellees' brief and "supports the challenged determination." L.A.R. 30.3(a).  Appellant failed to consult with Appellees to determine the contents of the appendix on appeal in violation of Fed. R. App. P. 30(b)(1), so Appellees had no previous opportunity to designate additional parts of the record (like the Joint Appendix) to be included in the appendix on appeal.

Furthermore, Appellant's appendix does not comply with the Appendix Citation Notice sent to the parties on July 26, 2019.  For the Court's convenience, though Appellant was ultimately excused from the Third Circuit's Appendix Citation program, Appellees have updated documents from Appellant's appendix to comply with the requirements of the Appendix Citation Notice and included them in the proposed supplemental appendix.

Accordingly, Appellees respectfully request leave to file a supplemental appendix.

## CONCLUSION

For the reasons set forth herein, Appellees respectfully request that the Court grant them leave to file a supplemental appendix.

Dated: January 16, 2020　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 /s/ Elisa P. McEnroe*
　　　　　　　　　　　　　　　　　　Elisa P. McEnroe
　　　　　　　　　　　　　　　　　　Matthew D. Klayman
　　　　　　　　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP
　　　　　　　　　　　　　　　　　　1701 Market Street
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　T. 215.963.5917
　　　　　　　　　　　　　　　　　　F. 215.963.5001

　　　　　　　　　　　　　　　　　　*Attorneys for Appellees Educational Commission for Foreign Medical Graduates and Dr. William Pinsky*

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 420 words.  This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. 32(a)(6) because this document has been prepared in a proportionally spaced typeface of 14-point Times New Roman.  I further certify that McAfee Endpoint Security, version 10.7 did not detect a virus.

Dated: January 16, 2020                         */s/ Elisa P. McEnroe*
                                                Elisa P. McEnroe

                                                *Attorney for Appellees Educational*
                                                *Commission for Foreign Medical*
                                                *Graduates and Dr. William Pinsky*

## CERTIFICATE OF SERVICE

I, Elisa P. McEnroe, counsel for Appellees Educational Commission for Foreign Medical Graduates and Dr. William W. Pinsky, certify that, on January 16, 2020, a copy of the foregoing Motion was filed electronically through the appellate CM/ECF system with the Clerk of the Court. All counsel of record in this case are registered CM/ECF users.

Dated: January 16, 2020

　　　　　　　　　　　　　　　　　　*/s/ Elisa P. McEnroe*
　　　　　　　　　　　　　　　　　　Elisa P. McEnroe

　　　　　　　　　　　　　　　　　　*Attorney for Appellees Educational Commission for Foreign Medical Graduates and Dr. William Pinsky*