**William C. Reil, Esquire**
**1515 Market Street, Suite 1200, Philadelphia, PA 19102**
**Tel: 215-564-1635 Fax: 215-564-4292**
**BillReilLaw@gmail.com**

March 11, 2020                                                                 **FILED ELECTRONICALLY**

The Honorable D. Brooks Smith
United States Court of Appeals for the Third Circuit
Office of the Clerk
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19136

    Re:  Dr. Tulp v. ECFMG and Dr. Pinsky
          Court of Appeals No: 19-2706
          **Request for Oral Argument**

Dear Judge Smith:

I am sending the same letter that I sent yesterday, but with my signature. I apologize for any inconvenience.

Please be advised that I represent appellant Orien L. Tulp in the appeal of the above captioned case with Tommy Swate, Esquire. At this point, I understand that the case is listed as a candidate for oral argument between 05/18/20 to 05/22/20. I write to request Oral Argument. There are issues in this case which are both unique and important. The ECFMG ("Education Commission for Foreign Medical Graduates") is a quasi-governmental agency located in Philadelphia, which supervises the admission of foreign medical students to residency in the United States. The ECFMG represents itself as a private organization, but it has sole and exclusive power as a gatekeeper for foreign medical students to practice in the United States. The ECFMG charged Dr. Orien L. Tulp, who is the founder of the USAT Medical School in Montserrat, with "irregular behavior" and has virtually closed the medical school. It should be noted that the ECFMG does not purport to be an accrediting agency.

An important issue for the Third Circuit is to what extent the ECFMG is required to extend due process to Dr. Tulp and whether it has authority over him, since Dr. Tulp is neither a medical student nor has any statutory or contractual relationship with the ECFMG. The Lower Court found Summary Judgment based on its decision to accept as true the averments of the ECFMG, as a sanction for the alleged violation of its Scheduling Order. The appellant vigorously contests that anything wrong was done in this regard.

At the administrative hearing before the ECFMG, no evidence was introduced, despite the fact that this organization in its written rules states that it had the burden of proof. Dr. Tulp did not have the ability to present evidence, or call and cross-examine witnesses. Despite this lack of any evidence in the administrative record, the ECFMG Board found that Dr. Tulp was guilty of "irregular behavior," which essentially

amounts to any conduct or speech by anyone which the ECFMG views as detrimental to its goals.

This finding of "irregular behavior" virtually destroyed the 15 year career of Dr. Tulp as a medical administrator and educator, as well as the USAT medical school. Additionally, the ECFMG posted material on the Internet implying the culpability of Dr. Tulp, prior to his hearing.

This case is factually complicated and it is also likely to come back to the Third Circuit in the near future when another medical student or foreign medical school administrator is charged with "irregular behavior."

It is believed that this issue is important because it has an effect not only on foreign medical students and medical schools, but virtually anyone else the ECFMG deems inimicable to its philosophy. Accordingly, Oral Argument is requested.

Respectfully,

*William C. Reil*

William C. Reil
WCR/cmb

cc: Tommy Swate, Esquire
    Elisa P. McEnroe, Esquire
    Matthew D. Klayman, Esquire
    Dr. Orien L. Tulp