# UNITED STATES COURT OF APPEALS FOR THIRE CIRCUIT

No. 19-2706

Dr. Orien L. Tulp  vs.  Educational Comm'n for Foreign Medical Graduates, et al.

Calendar Date: May 19, 2020    Location: Philadelphia, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Elisa P. McEnroe, Matthew D. Klayman

Designation of Arguing Counsel: Matthew D. Klayman

Member of the Bar:  ✔ Yes   ☐ No

Representing (check only one):

☐ Petitioner(s)   ☐ Appellant(s)   ☐ Intervenor(s)

☐ Respondent(s)   ✔ Appellee(s)   ☐ Amicus Curiae

Please list the name of the lead party being represented:

Educational Commission for Foreign Medical Graduates

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)