OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



April 29, 2020

Matthew D. Klayman Esq.
Elisa P. McEnroe Esq.
William C. Reil Esq.

RE: Orien Tulp v. Educational Commission Foreign, et al
Case Number: 19-2706
District Court Case Number: 2-18-cv-05540

Dear Counsel:

The Court has directed me to advise counsel that the above-entitled case(s) will

be submitted on the briefs on **Tuesday, May 19, 2020** pursuant to 3rd Cir.

LAR 34.1(a). Since there will be no oral argument, your presence will not be required.

Very truly yours,

s/Patricia S.Dodszuweit
Clerk

By: *Tiffany J. Grier*
Tiffany L. Grier, Calendar Clerk
267-299-4905

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be submitted before the following panel**: McKEE, BIBAS and COWEN, Circuit Judges**