<u>1:00 P.M.</u>
<u>AUDIO CONFERENCE</u>

<u>TUESDAY, MAY 19, 2020</u>

<u>Coram: McKEE, BIBAS and COWEN, Circuit Judges</u>

<u>No. 19-2907</u>

IN RE: WILTON ARMETALE,
INC., a/k/a WAPITA, INC., Debtor

ARTESANIAS HACIENDA
REAL S.A. DE C.V.,
Appellant
v.
NORTH MILL CAPITAL,
LLC; LEISA WITZ
HELLER

| <u>Counsel for Appellant</u> | <u>Counsel for Appellee</u> |
|---|---|
| BARRY GOLDIN | TIMOTHY L. FOSTER (North Mill Capital, LLC) (8 minutes per Court) |
| | JEFFREY B. McCARRON (Leisawitz Heller) (7 minutes per Court) |
| (15 minutes per Court) | (15 minutes Total Court Time) |

_____

<u>No. 19-2988</u>

INDEPENDENT LABORATORY
EMPLOYEES' UNION, INC.
v.
EXXONMOBIL, etc.,
Appellant

continued….

PAGE TWO – CONTINUED                                TUESDAY, MAY 19, 2020

Coram: McKEE, BIBAS and COWEN, Circuit Judges

No. 19-2988 – (Continued)

Counsel for Appellant                               Counsel for Appellee

JOHN K. BENNETT                                     DOMINICK BRATTI

(15 minutes per court)                              (15 minutes per Court)

_____

S U B M I T T E D

No. 19-1436
Pursuant to 3rd Cir. LAR 34.1(a)

DONALD E. BOYD,
　　　　Appellant
v.
ADMINISTRATOR NEW
JERSEY STATE PRISON;
ATTORNEY GENERAL OF
THE STATE OF NEW JERSEY

_____

No. 19-2706
Pursuant to 3rd Cir. LAR 34.1(a)

DR. ORIEN L. TULP, PRESIDENT
OF THE UNIVERSITY
OF SCIENCE, ARTS,
AND TECHNOLOGY
v.
EDUCATIONAL COMMISSION
FOR FOREIGN MEDICAL
GRADUATES;
DR. WILLIAM W. PINSKY,
PRESIDENT AND CEO,
EDUCATIONAL COMMISSION

PAGE THREE – CONTINUED                TUESDAY, MAY 19, 2020

Coram: McKEE, BIBAS and COWEN, Circuit Judges

S U B M I T T E D

No. 19-3659
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
MATTHEW NABER,
      Appellant