# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## BILL OF COSTS

C.A. No. 19-2706

Caption: Tulp v. Educational Commission for Foreign Medical Graduates et al.

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Sales Tax | Total Cost | |
| Appeal/Original Proceeding Fee | | | | | | | | |
| Brief | 8 | 62 | $0.10 | $2.50 | | | $69.60 | |
| Reply Brief | | | | | | | | |
| Appendix | 5 | 990 | $0.10 | $2.50 | | | $507.50 | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | | | | | | $ 577.10 | $ 577.10 |

Brief Produced by Reproduction: ☐        Brief Produced by Photocopy: ☑
                                                                                        In House: ☑
                                                                                        Commercial: ☐

**Unless document was produced by in house photocopy, receipts must be attached.**

I, Matthew D. Klayman, do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

/s/ Matthew D. Klayman                              8/29/2020
Signature                                                      Date
Attorney for: Appellees

**A certificate of service must accompany this form.**

## CERTIFICATE OF SERVICE

I, Matthew D. Klayman, counsel for Appellees Educational Commission for Foreign Medical Graduates and Dr. William W. Pinsky, certify that, on August 29, 2020, a copy of the foregoing Bill of Costs was filed electronically through the appellate CM/ECF system with the Clerk of the Court. All counsel of record in this case are registered CM/ECF users.

Dated: August 29, 2020                     /s/ Matthew D. Klayman
                                                              Matthew D. Klayman

*Attorney for Appellees Educational Commission for Foreign Medical Graduates and Dr. William Pinsky*