UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 19-2706
_____

DR. ORIEN L. TULP, PRESIDENT OF THE UNIVERSITY
OF SCIENCE, ARTS, AND TECHNOLOGY,
Appellant

v.

EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES;
DR. WILLIAM W. PINSKY, PRESIDENT AND CEO, EDUCATIONAL
COMMISSION FOR FOREIGN MEDICAL GRADUATES

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(District Court No. 2-18-cv-05540)
District Judge: Hon. Wendy Beetlestone

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
May 19, 2020

Before: McKEE, BIBAS and COWEN, *Circuit Judges*

_____

JUDGMENT
_____

    This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted May 19, 2020. On consideration whereof,

    It is now hereby ORDERED and ADJUDGED by this Court that the Order of the District Court, entered on June 25, 2019, is hereby AFFIRMED. All of the above in accordance with the opinion of the Court.

Costs Taxed Against Appellant.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: August 17, 2020

Costs taxed in favor of Appellees as follows:
Brief....................... $ 69.60
Sup. Appendix....... $507.50
_____
TOTAL.................. $577.10

**Certified as a true copy and issued in lieu of a formal mandate on** 09/08/2020

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**