PATRICIA S. DODSZUWEIT　　　　　　　　　　　　　　　　　TELPHONE NO.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　215-597-2995
CLERK　　　　　　　　　OFFICE OF THE CLERK



UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

September 8, 2020

Ms. Kate Barkman
United States District Court for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street
Room 2609
Philadelphia, PA 19106

RE: Orien Tulp v. Educational Commission Foreign, et al
Case Number: 19-2706
District Court Case Number: 2-18-cv-05540

Dear Ms. Barkman:

Enclosed herewith is the certified judgment together with copy of the opinion in the above-captioned case. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment is also enclosed showing costs taxed, if any.

Very Truly Yours,

s/ Patricia S. Dodszuweit
Clerk

By: s/ Aina/dwb,
Case Manager
267-299-4957

cc:　Matthew D. Klayman, Esq.
　　　Elisa P. McEnroe, Esq.
　　　William C. Reil, Esq.