LAW OFFICES OF WILLIAM C. REIL
BY: William C. Reil, Esquire
Identification No. 26833
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-564-1635

ATTORNEY FOR PLAINTIFFS

| | |
|---|---|
| Dr. Orien L. Tulp<br>President of the<br>University of Science, Arts, and Technology | UNITED STATES DISTRICT<br>COURT FOR THE EASTERN<br>DISTRICT OF PENNSYLVANIA<br>CIVIL ACTION NO. 2:18-cv-05540-WB |
| vs.<br>Educational Commission for<br>Foreign Medical Graduates<br>and<br>Dr. William W. Pinsky<br>President and CEO<br>Education Commission for<br>Foreign Medical Graduates | JURY TRIAL DEMANDED |

## NOTICE OF APPEAL

Plaintiff, Dr. Orien L. Tulp, appeals to the United States Court of Appeals for the Third Circuit, the Orders of the Honorable Wendy Beetlestone, granting summary judgment to defendants (DKT. #36); and the Order granting, in part, the motion to dismiss by defendants (DKT. #29). A copy of these Orders are attached as Exhibits "A" and "B," respectfully.

Respectfully,

*William C. Reil*

William C. Reil, Esquire
Attorney for Plaintiff
I.D. # 26833
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-564-1635
For: Tommy Swate, Esquire

Case: 19-2706 Document: 003113304036 Page: 2 Date Filed: 07/26/2019
Case 2:18-cv-05540-WB Document 37-1 Filed 07/23/19 Page 1 of 1
Case 2:18-cv-05540-WB Document 36 Filed 06/25/19 Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. ORIEN L. TULP,<br>      Plaintiff,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES AND<br>DR. WILLIAM W. PINSKY,<br>      Defendants. | CIVIL ACTION<br><br><br>NO. 18-5540 |

## ORDER

**AND NOW**, this 25th day of June, 2019, upon consideration of Defendant Education Commission for Foreign Medical Graduates' Motion for Summary Judgment (ECF No. 31), and Plaintiff's opposition thereto (ECF No. 33), **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case as **CLOSED**.

BY THE COURT:


/S/Wendy Beetlestone, J.
_____
**WENDY BEETLESTONE, J.**



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. ORIEN L. TULP,<br>　　　　Plaintiff, | CIVIL ACTION |
| v. | |
| EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES AND<br>DR. WILLIAM W. PINSKY,<br>　　　　Defendants. | NO. 18-5540 |

## ORDER

AND NOW, this 26th day of March, 2019, upon consideration of Defendants' Motion to Dismiss and support thereof (ECF Nos. 20 & 25), and Plaintiff's Response in Opposition thereto (ECF No. 24), it is hereby **ORDERED** that Defendants' Motion to Dismiss is **GRANTED IN PART AND DENIED IN PART**, as follows:

1. Defendants' Motion to Dismiss Plaintiff's common law due process claim against ECFMG is **DENIED**;

2. Defendants' Motion to Dismiss the remainder of Plaintiff's claims against Defendants is **GRANTED**. Such claims are **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

/s/ Wendy Beetlestone

**WENDY BEETLESTONE, J.**



LAW OFFICES OF WILLIAM C. REIL
BY: William C. Reil, Esquire
Identification No. 26833
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-564-1635

| | |
|---|---|
| | ATTORNEY FOR PLAINTIFFS |
| Dr. Orien L. Tulp : | UNITED STATES DISTRICT |
| President of the : | COURT FOR THE EASTERN |
| University of Science, Arts, and Technology : | DISTRICT OF PENNSYLVANIA |
| : | CIVIL ACTION NO. 2:18-cv-05540-WB |
| vs. : | |
| Educational Commission for : | |
| Foreign Medical Graduates : | |
| and : | JURY TRIAL DEMANDED |
| Dr. William W. Pinsky : | |
| President and CEO : | |
| Education Commission for : | |
| Foreign Medical Graduates : | |

## CERTIFICATE OF SERVICE

I, William C. Reil, Esquire, hereby Certify that on this 23rd day of July, 2019, a true and correct of the Notice of Appeal was served on the following attorney for all defendants by ECF electronic service and FedEx:

Elisa P. McEnroe, Esquire
Morgan, Lewis, and Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

Dated: July 23, 2019

*William C. Reil*

William C. Reil, Esquire
Attorney for Plaintiff
I.D. # 26833
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-564-1635
For: Tommy Swate, Esquire