# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. ORIEN L. TULP,<br>        Plaintiff,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES AND<br>DR. WILLIAM W. PINSKY,<br>        Defendants. | CIVIL ACTION<br><br><br><br>NO. 18-5540 |

## ORDER

**AND NOW**, this 25th day of June, 2019, upon consideration of Defendant Education Commission for Foreign Medical Graduates' Motion for Summary Judgment (ECF No. 31), and Plaintiff's opposition thereto (ECF No. 33), **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case as **CLOSED**.

BY THE COURT:

/S/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**