DR. ORIEN L. TULP, PRESIDENT OF THE UNIVERSITY
OF SCIENCE, ARTS, AND TECHNOLOGY

v.

EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES;
DR. WILLIAM W. PINSKY, PRESIDENT AND CEO,
EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES

        Dr. Orien L. Tulp,

            Appellant