**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT:** This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

**SHORT CAPTION WITH IDENTITY OF APPELLANT:**
Orien L. Tulp vs. Educational Commissions Foreign, et al

**APPEAL FROM DISTRICT COURT:**
District: Eastern District of Pennsylvania
D.C. Docket No.: 2-18-cv-05540
Date proceedings initiated in D.C.: Complaint Filed, 12/24/18
Date Notice of Appeal filed: 07/23/19
USCA No.: 19-2706

## COUNSEL ON APPEAL

**Appellant(s):** Orien L. Tulp
Name of Counsel: William C. Reil, Esquire: for Tommy Swate, Esquire
Name of Party(ies): Tulp
Address: 1515 Market Street, Suite 1200, Philadelphia, PA 19102
Telephone No.: (215) 564-1635
Fax No.: (215) 564-4292
E-mail: billreillaw@gmail.com

**For Appellee(s):** *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: Elisa P. McEnroe, Esquire,
Name of Party(ies): ECFMG and Dr. William W. Pinsky
Address: 1701 Market Street, Philadelphia, PA 19103
Telephone No.: (215) 963-5917
Fax No.: (215) 963-5001
E-mail: emcenroe@morganlewis.com

Name of Counsel: Matthew D. Klayman, Esquire
Name of Party(ies): ECFMG and Dr. William W. Pinsky
Address: 1701 Market Street, Philadelphia, PA 19103
Telephone No.: (215) 963-5000
Fax No.: (215) 963-5001
E-mail: matthew.klayman@moreganlewis.com

Is this a Cross-Appeal?     Yes ☐    No ☒
Appeals Docket No.: _____

Was there a previous appeal in case?    Yes ☐    No ☒
If yes, Short Title: _____
Appeals Docket No.: _____
Citation, if reported: _____

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal? Yes [X] No [ ]
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
Yes [X] No [ ]

If you answered yes to either "a" or "b" please provide:
Case Name: Dr. Tulp and Carla Konyk vs. ECFMG
D.C. Docket No.: 2:19-cv-02779-WB
Court or Agency: U.S. District Court - Eastern District
Docket Number:
Citation, if reported:

## NATURE OF SUIT
(Check as many as apply)

1. FEDERAL STATUTES
[ ] ANTITRUST
[ ] BANKRUPTCY
[ ] BANKS & BANKING
[X] CIVIL RIGHTS
[ ] COMMERCE, ROUTES, AND TARIFFS
[ ] COMMODITIES
[ ] COMMUNICATIONS
[ ] CONSUMER PROTECTION
[ ] COPYRIGHT
[ ] PATENT
[ ] TRADEMARK
[ ] ELECTION
[ ] ENERGY
[ ] ENVIRONMENTAL
[ ] FOIA FREEDOM OF INFORMATION
[ ] IMMIGRATION
[ ] LABOR
[ ] OSHA
[ ] SECURITIES
[ ] SOCIAL SECURITY
[ ] TAX
[ ] EQUAL ACCESS TO JUSTICE
[ ] OTHER Specify:

2. TORTS
[ ] ADMIRALTY
[ ] ASSAULT/DEFAMATION
[ ] PRODUCT LIABILITY/WARRANTY
[X] DIVERSITY
[ ] OTHER Specify:

3. CONTRACTS
[ ] ADMIRALTY/MARITIME
[ ] ARBITRATION
[ ] COMMERCIAL
[ ] EMPLOYMENT
[ ] INSURANCE
[ ] NEGOTIABLE DISBURSEMENTS
[ ] OTHER Specify:

4. PRISONER PETITIONS
[ ] CIVIL RIGHTS
[ ] VACATE SENTENCE 2255
[ ] HABEAS CORPUS 2254
[ ] HABEAS CORPUS 2241
[ ] MANDAMUS/PROHIBITION
[ ] OTHER Specify:

5. OTHER
[ ] FORFEITURE
[ ] CIVIL GRAND JURY
[ ] TREATY Specify:
[ ] OTHER Specify:

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 9th day of August, 2019.

Signature of Counsel: *William C. Reif*