# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CONCISE SUMMARY OF THE CASE

Pursuant to 3rd Cir. LAR 33.3, counsel are required to file a concise summary of the case within **14 days** of the date of docketing of the Notice of Appeal. Total statement is limited to no more than 2 pages, single-spaced. Counsel may utilize this form or attach a 2 page statement encompassing the information required by this form.

**SHORT CAPTION:** Tulp vs. ECFMG, et al

**USCA NO.:** 19-2706

**LOWER COURT or AGENCY and DOCKET NUMBER:**
Eastern District of Pennsylvania - 19-2706

**NAME OF JUDGE:** Honorable Wendy Beetlestone

Specify who is suing whom, for what, and the subject of this action. Identify (1) the nature of the action; (2) the parties to this appeal; (3) the amount in controversy or other relief involved; and (4) the judgment or other action in the lower court or agency from which this action is taken:

The plaintiff, Dr. Orien Tulp, is suing the ECFMG (Education Commission for Foreign Medical Graduates) and Dr. Pinsky, arising out of its efforts to illegally find plaintiff culpable of "irregular behavior," without due process, and to permanently close the USAT, which is the medical school which Dr. Tulp founded, inter alia. Plaintiff is seeking unspecified damages and to have the actions of the ECFMG enjoined by the Court. Specifically, plaintiff is appealing the Court's Order of Summary Judgment for the Defendants and the Court's Order Partially Granting a Motion to Dismiss.

**LIST and ATTACH** a copy of each order, judgment, decision or opinion which is involved in this appeal. If the order(s) or opinion(s) being appealed adopt, affirm, or otherwise refer to the report and recommendation of a magistrate judge or the decision of a bankruptcy judge, the report and recommendation or decision shall also be attached.

2:18-cv-05540 Opinion for Summary Judgment (attached)
2:18-cv-05540 for partial Motion to Dismiss (attached)

**Provide a short statement of the factual and procedural background, which you consider important to this appeal:**

In an attempt to close down the USAT and sanction Dr. Tulp, Defendant ECFMG has refused to allow students of USAT to take necessary medical examinations.

Defendant ECFMG has effectively closed USAT, by refusing to release scores for students who paid for the examinations. Doctors who graduated from USAT have been unable to commence their residency due to the refusal of the Board to issue an appropriate certification ECFMG has also sent misleading "affidavits", to many USAT students and threatened many students with "irregular behavior" in order to sanction Dr. Tulp and force closure of the University, which he founded.

Court partially granted Motion to Dismiss, and Court granted Summary Judgment Motion

**Identify the issues to be raised on appeal:**

Whether the District Court improperly granted defendant's Motion for Summary Judgment and partially granted the Motion to Dismiss and if:

1. The Court erred in its Opinion on Summary Judgment by adopting in toto Defendant's alleged statement of undisputed facts.
2. The Court erred in finding that plaintiff was afforded due process by defendant ECFMG.
3. The Court erred in ruling that defendant has authority to find plaintiff culpable of "irregular behavior".
4. The Court erred in finding that plaintiff has not been defamed.
5. The Court erred in granting the Motion for Summary Judgment when there were several issues of material fact.
6. The hearing of Dr. Tulp before the ECFMG for "irregular behavior" violated his rights since there was no evidence in the record and no specification as to who have the burden of proof.

This is to certify that this Concise Summary of the Case was electronically filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record

this 9th day of August ,20 19 .

_____
Signature of Counsel

Rev. 07/2015