LAW OFFICES OF WILLIAM C. REIL
BY: William C. Reil, Esquire
Identification No. 26833
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-564-1635          ATTORNEY FOR PLAINTIFFS

| | |
|---|---|
| Dr. Orien L. Tulp President of the University of Science, Arts, and Technology | UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT |
| vs. | DISTRICT COURT NO. 2-18-cv-05540 |
| | CASE NO. |
| Educational Commission for Foreign Medical Graduates | 19-2706 |
| and | JURY TRIAL DEMANDED |
| Dr. William W. Pinsky President and CEO Education Commission for Foreign Medical Graduates | |

## CERTIFICATE OF SERVICE

I, William C. Reil, Esquire, hereby Certify that on this 9th day of August, 2019, a true and correct of the Initial Filing, Entry of Appearance, and Appeal Issues was served on the following attorneys for all defendants by Personal Service.

Elisa P. McEnroe, Esquire
Morgan, Lewis, and Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

Matthew D. Klayman, Esquire
Morgan, Lewis, and Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

Dated: August 9, 2019

*William C. Reil*

William C. Reil, Esquire
Attorney for Plaintiff
ID. # 26833
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-564-1635