No. 19-2706

Orien Tulp vs. Educational Commission for Foreign Medical Graduates, et al

# ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

Educational Commission for Foreign Medical Graduates and William W. Pinsky

Indicate the party's role IN THIS COURT (check **only** one):

☐ Petitioner(s)   ☐ Appellant(s)   ☐ Intervenor(s)
☐ Respondent(s)   ☑ Appellee(s)    ☐ Amicus Curiae

(Type or Print) Counsel's Name: Elisa P. McEnroe
☐ Mr.   ☐ Ms.   ☐ Mrs.   ☐ Miss   ☐ Mx.

Firm: Morgan, Lewis & Bockius LLP

Address: 1701 Market Street

City, State, Zip Code: Philadelphia, PA 19103

Phone: 215-963-5917     Fax: 215-963-5001

Primary E-Mail Address (required): elisa.mcenroe@morganlewis.com
Additional E-Mail Address (1):
Additional E-Mail Address (2):
Additional E-Mail Address (3):

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:** s/ Elisa P. McEnroe

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 5/7/2019

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this date, a true and correct copy of the foregoing Entry of Appearance of Elisa P. McEnroe was electronically filed with the Clerk of Court, and served on all parties or their counsel through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below via first-class mail:

>William C. Reil, Esquire
>1515 Market Street, Suite 1200
>Philadelphia, PA 19102
>215-564-1635
>Fax: 215-564-4292
>Email: billreillaw@gmail.com
>
>Tommy Swate, Esquire
>403 Wild Plum Street
>Houston, TX 77013
>Email: swatemd@aol.com
>
>*Attorneys for Plaintiff*

DATED: August 9, 2019                            */s/ Elisa P. McEnroe*
                                                 Elisa P. McEnroe