# IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

| | |
|---|---|
| DR. ORIEN L. TULP | : |
| v. | : |
| EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES | : |
| and | : |
| DR. WILLIAM C. PINSKY | : NO. 19-2706 |

## ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of the Petition for Extension of Time to File Brief, and any response by the appellee, it is ORDERED and DECREED that the Petition is granted, and that appellant's Brief is due on 11/29/19.

BY THE COURT:

_____
J.

# IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

| | |
|---|---|
| DR. ORIEN L. TULP | : |
| v. | : |
| EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES | : |
| and | : |
| DR. WILLIAM C. PINSKY | : NO. 19-2706 |

## PETITION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE, THE JUDGES OF THE THIRD CIRCUIT COURT OF APPEALS:

Petitioner, Dr. Orien Tulp, by his undersigned counsel, hereby moves for an extension of time to file his Brief, and represents through counsel:

1. Undersigned counsel is requesting an extension of 16 days from the due date of the Brief of appellant on 11/13/19, or until 11/29/19.

2. Appellant's Brief is due on 11/13/19 by Order of the Court.

3. Counsel for appellant requests an extension of time for the filing of this Brief until 11/29/19, an extension of 16 days, since 11/28/19 is the Thanksgiving holiday.

4. No prior extension has been requested.

5. Counsel for appellant has the following commitments: expected answer and brief to preliminary objections in *Ferreira v. Penn*, Philadelphia 1907-02927; several depositions and a settlement conference in *R.M., et al v. Springfield Township School District*, 2:18-cv-04082-GJP, and an answer, response to summary judgment, and new matter in a confidential case involving a teacher's license and the Pennsylvania Department of Education.

6. In addition, counsel for appellant is a sole practitioner and has certain current health problems associated with his diabetes.

7. Counsel cannot adequately prepare appellants' Brief and provide constitutionally effective assistance of counsel, as guaranteed by the Pennsylvania and United States Constitutions, unless this first request for an extension of time is granted.

8. Opposing counsel, Elisa P. McEnroe, Esquire, has been contacted, and she does not oppose the request for a continuance.

WHEREFORE, for each of the foregoing reasons, it is respectfully requested that this Court grant an extension of 16 days to file appellant's Brief, until 11/29/19.

Respectfully submitted,

*William C. Reil*

William C. Reil
I.D. No. 26833
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-564-1635
Attorney for Appellant
10/29/19

# IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

| | |
|---|---|
| DR. ORIEN L. TULP | : |
| v. | : |
| EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES | : |
| and | : |
| DR. WILLIAM C. PINSKY | : NO. 19-2706 |

## PROOF OF SERVICE

I hereby certify that I am this day, 10/29/19, serving the foregoing Petition for Extension of Time to File Brief upon this person, and in the manner indicated below by Regular First Class Mail and Email:

Elisa P. McEnroe, Esquire
Morgan, Lewis, and Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

Respectfully submitted,

*William C. Reil*

William C. Reil
I.D. No. 26833
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-564-1635
Attorney for Appellant
10/29/19