In The

# United States Court of Appeals
# For the Third Circuit

### 19-2706

ORIEN TULP

*Plaintiff-Appellant*

v.

EDUCATIONAL COMMISSION FOREIGN, ET AL

*Defendants-Appellees*

*On Appeal from Order and Judgment entered in the United States District Court for the Eastern District of Pennsylvania at No. 2-18-cv-05540*

## ADDENDUM TO BRIEF FOR PLAINTIFF-APPELLANT

WILLIAM C. REIL, Esq.
LAW OFFICES OF WILLIAM C. REIL
1515 Market St, Suite 1200
Philadelphia, PA 19102
(215) 564-1635
*Attorney for Plaintiff-Appellant*

## STATEMENT OF RELATED CASES AND PROCEEDINGS

This case has not previously been heard by this Court, and there are no related cases currently pending in any other court.

A virus check was performed on the .pdf file.

Respectfully Submitted,

Dated: December 2, 2019

/s/ *William C. Reil, Esq.*
William C. Reil Esq.