# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| DR. ORIEN L. TULP <br>       APPELLANT <br> v. <br><br> ECFMG and DR. PINSKY <br>       APPELLEES | : No. 19-2706 <br> : <br> : Electronically Filed <br> : Document |

## APPELLANT'S MOTION FOR SPECIAL RELIEF UPON WHICH APPELLEE TAKES NO POSITION

Appellant, Dr. Orien L. Tulp, by and through his undersigned attorney, hereby submits this Motion for Special Relief, and states as follows:

1. Appellant's Brief and Joint Appendix in the above-captioned matter have been filed with the Court on 11/27/19, and are reflected on the docket.

2. While appellant's undersigned attorney has handled matters before the Third Circuit District Court, he does not regularly practice before this Court.

3. Appellant's undersigned attorney inadvertently failed to opt out of the Third Circuit's voluntary Appendix Citation test program.

4. Appellant's Brief and Joint Appendix as filed, is not consistent with the requirements for the Third Circuit's Appendix Citation test program.

5. It would be logistically impractical for Appellant to substitute Appellant's Brief and Joint Appendix so as to comport with the Third Circuit's voluntary Appendix Citation test program.

6. Appellant's counsel was admitted to the Pennsylvania bar in 1977, is a sole practioner, and was unfamiliar with the hyperlink test program.

7. Appellant requests that Appellant be excused from participation in the Third Circuit's voluntary Appendix Citation test program.

8. Appellant's undersigned attorney has called Elisa McEnroe, Esquire, and Matthew Klayman, Esquire, who are the attorneys for the Appellees, on 12/02/19.

9. Ms. McEnroe left a phone message that her client takes no position on Appellant's request concerning the hyperlinks.

10. No prejudice should inure to Appellee or to the Court if Appellant's Unopposed Motion is granted.

WHEREFORE, Appellant respectfully requests special relief so as to be excused from participation in the Third Circuit's voluntary Appendix Citation test program.

Respectfully submitted this 3rd day of December, 2019.

        Respectfully submitted,
        /s/William C. Reil

William C. Reil
Attorney for Appellant
Identification No. 26833
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-564-1635

## CERTIFICATE OF COMPLIANCE

A virus check was performed on the .pdf file.

Respectfully Submitted,

Dated: December 3, 2019　　　　*/s/ William C. Reil, Esq.*
　　　　　　　　　　　　　　　　William C. Reil Esq.

## CERTIFICATE OF SERVICE

I, William C. Reil, Esquire, hereby Certify that on this 3rd day of December, 2019, a true and correct of Appellant's Motion for Special Relief was served on the following attorney for all defendants by ECF electronic service and FedEx:

Elisa P. McEnroe, Esquire
Morgan, Lewis, and Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921


Dated: December 3, 2019

                                              Respectfully submitted,

                                              /s/William C. Reil

William C. Reil, Esquire
Attorney for Appellant
Identification No. 26833
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-564-1635